# EXHIBIT A

| Name: | Ruby J. Adams | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 20-03841 | | | | | |
| Filing Date: | 2/11/2020 | | | | | |
| Post First Due: | 3/1/2020 | | | | **Completed By:** | Avinash |
| **Post-Petition Due** | **Date Received** | **Amount Received** | **Amount Applied** | **Suspense Application** | **Suspense Balance** | **Comments** |
| **No Payments Received** | | | | | | |
| **LOAN IS POST DUE FOR 3/1/2020** | | | | | | |

| Due Date | Total Payment | P&I | Escrow | NOPC Filed Date |
|---|---|---|---|---|
| 3/1/2020 | $ 584.41 | $ 236.25 | $ 348.16 | |
| 4/1/2020 | $ 584.41 | $ 236.25 | $ 348.16 | |
| 5/1/2020 | $ 584.41 | $ 236.25 | $ 348.16 | |
| | $ - | | | |
| **Total Due** | $ 1,753.23 | $ 708.75 | $ 1,044.48 | |