| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Ruby J. Adams | | |
| Debtor 2 (Spouse, if filing) | | | |
| United States Bankruptcy Court for the: | Northern | District of | Illinois (State) |
| Case number | 20-03841 | | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation          **Court claim no.** (if known): 3

**Last 4 digits** of any number you use to Identify the debtor's account: 5006

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $250.00 02/18/20 (PLAN REVIEW); $550.00 03/17/20 (OBJECTION TO CONFIRMATION); $150.00 04/27/20 (POST PETITION FEE NOTICE); | (3) | $950.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | $700.00 03/11/20 (PROOF OF CLAIM); $250.00 03/11/20 (410A POC PAY HISTORY); | (5) | $950.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ Other. | | (10) | |
| 11. | Specify:_____ Other. | | (11) | |
| 12. | Specify:_____ Other. | | (12) | |
| 13. | Specify:_____ Other. | | (13) | |
| 14. | Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Ruby J. Adams | Case number *(if known)* | 20-03841 |
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| | ✗ /s/ Brenda Likavec | Date | 4/27/2020 |
| | Signature | | |
| Print | Brenda Likavec | Title | Attorney for Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
| | Number  Street | | |
| | Burr Ridge            IL        60527 | | |
| | City                  State    ZIP Code | | |
| Contact phone | (630) 794-5300 | Email | ND-One@il.cslegal.com |

File #14-18-10329

B 10 (Supplement 2) (12/11)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on April 27, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 27, 2020.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Ruby J. Adams , Debtor(s), 121 E. 87th Street, Chicago, IL 60619
Jessica A. Boone, Attorney for Debtor(s), 20 S. Clark Street, 28th Floor , Chicago, IL 60603 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


      /s/ Brenda Likavec


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File #14-18-10329**

NOTE: This law firm is a debt collector.

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

*PERSONAL INFORMATION REDACTED*

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | ACH Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Christina Delesio |
| Mount Laurel, NJ 08054 | | Date Submitted: | 2/19/2020 |
| Re: | ADAMS RUBY J | Invoice Date: | 2/18/2020 |
| | 121E 87TH ST | Vendor Ref #: | |
| | CHICAGO, IL 60619 6624 | Vendor Code: | |
| Loan #: | | Payee Code: | FCODIL |
| Loan Type: | FannieMae | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | | |
| Cost Center: | | Referral Date | 2/14/2020 |
| CONV-FN Case No: | | | |
| GSE Code: | | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $66,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | | | |
| BK Case No: | 20-03841 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed Date | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 2/19/2020 | 3/5/2020 | 3/5/2020 | | 3/5/2020 | 3/6/2020 | 3/10/2020 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 02/18/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note: Plan Review Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower**
Service From Date: 2/18/2020        Service To Date: 2/18/2020

| | | | |
|---|---|---|---|
| | $250.00 | $0.00 | $250.00 |

| Total: | $250.00 | $0.00 | $250.00 |
|---|---|---|---|

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 04/23/2020 01:14:21 PM                                        Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 03/06/2020 | ▮▮▮▮▮ | 03/09/2020 | $250.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Plan Review Fee | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | $250.00 |

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

*PERSONAL INFORMATION REDACTED*

## Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage
Andrea Jenkins
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Re:     ADAMS RUBY J
        121E 87TH ST
        CHICAGO, IL 60619 6624

Loan #:
Loan Type:     FannieMae
Inv. ID / Cat. ID:
Cost Center:
CONV-FN Case No:
GSE Code:
GSE REO Rem. Code:

Original Mortgage Amount:  $66,000.00
Litigation Status Code:
Man Code:

BK Case No:     20-03841
BK Chapter:     13

Invoice #:
Invoice Status:     ACH Confirmed(Exc)
Input By:           Christina Delesio
Date Submitted:     3/12/2020
Invoice Date:       3/11/2020
Vendor Ref #:
Vendor Code:
Payee Code:         FCODIL
Type:               Non Judicial
Referral Date       2/25/2020

Acquisition Date:
Paid in Full Date:      N/A
Foreclosure Removal     N/A
HiType                  1
Class Code

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/12/2020 | 4/4/2020 | 4/4/2020 | | 4/4/2020 | 4/6/2020 | 4/8/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | 03/11/2020 | 1 | $700.00 | $700.00 | $0.00 | $700.00 |

**Note:** Proof of Claim Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. - Recoverable from the borrower
Service From Date: 3/11/2020          Service To Date: 3/11/2020

| Attorney Fees - Bankruptcy Fee | | 03/11/2020 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

**Note:** Loan Payment History as part of Official Form 410A. Recoverable provided you file any required post-petition fee notice within 180 days per BK Rule 3002.1 - Recoverable from the borrower
Service From Date: 3/11/2020          Service To Date: 3/11/2020

|  |  |  |  |  | $950.00 | $0.00 | $950.00 |

**Total:**                                                                       $950.00     $0.00     $950.00

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 04/23/2020 01:14:21 PM                              Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 04/06/2020 | █████████ | 04/07/2020 | $250.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Bankruptcy Fee | ████████████████████████████████████████ | | | | $250.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 04/06/2020 | █████████ | 04/07/2020 | $700.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ████████████████████████████████████████ | | | | $700.00 |

**Codilis & Associates, P.C.**

15W030 North Frontage Road Suite 100

*PERSONAL INFORMATION REDACTED*

Burr Ridge, IL 60527

Phone No: (630) 794-9690

Fax No: (630) 794-5143

## Bankruptcy - Bankruptcy Services - INVOICE

| | |
|---|---|
| PHH Mortgage | Invoice #: ▇ |
| Andrea Jenkins | Invoice Status: ACH Confirmed(Exc) |
| 2001 Bishops Gate Blvd | Input By: Christina Delesio |
| Mount Laurel, NJ 08054 | Date Submitted: 3/19/2020 |
| Re: ADAMS RUBY J | Invoice Date: 3/18/2020 |
| 121E 87TH ST | Vendor Ref #: ▇ |
| CHICAGO, IL 60619 6624 | |
| Loan #: ▇ | Vendor Code: ▇ |
| Loan Type: FannieMae | Payee Code: FCODIL |
| Inv. ID / Cat. ID: ▇ | Type: Non Judicial |
| Cost Center: | Referral Date: 3/16/2020 |
| CONV-FN Case No: | |
| GSE Code: ▇ | Acquisition Date: |
| GSE REO Rem. Code: | Paid in Full Date: N/A |
| | Foreclosure Removal: N/A |
| Original Mortgage Amount: $66,000.00 | HiType: 1 |
| Litigation Status Code: | Class Code: |
| Man Code: ▇ | |
| BK Case No: 20-03841 | |
| BK Chapter: 13 | |

Invoice ID: ▇
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 3/19/2020 | 4/13/2020 | 4/22/2020 | | 4/13/2020 | 4/13/2020 | 4/15/2020 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Objection to Confirmation | | 03/17/2020 | 1 | $550.00 | $550.00 | $0.00 | $550.00 |

**Note:** Objection to confirmation of the Chapter 13 plan and attending confirmation, if not separately billed. Recoverable provided a PPFN is filed within 180 days of the charge incurred, per Rule 3002.1 - Recoverable from the borrower
Service From Date: 3/17/2020    Service To Date: 3/17/2020

| | | | |
|---|---|---|---|
| | $550.00 | $0.00 | $550.00 |

| | | | |
|---|---|---|---|
| **Total:** | $550.00 | $0.00 | $550.00 |

**Invoice Level Exceptions**
Possible Duplicate Invoice

**Invoice Level Comment**
Allowable not exceeded

Execution Date Time: 04/23/2020 01:14:21 PM                                    Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount |
|---|---|---|---|
| 04/13/2020 | ███████ | 04/14/2020 | $550.00 |

| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
|---|---|---|---|---|---|---|
| Attorney Fees | Objection to Confirmation | ███████ | ███████ | ███████ | ███████ | $550.00 |

Excecution Date Time: 04/23/2020 01:14:21 PM                                                              Pages: 2/ 2