**Fill in this information to identify the case:**

Debtor 1          Ruby J. Adams

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Northern    District of    Illinois
                                                                     (State)

Case number     20-03841

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** PHH Mortgage Corporation | **Court claim no.** (if known):   3 |

**Last 4 digits** of any number you use to
Identify the debtor's account:        5006

**Date of payment change:**
Must be at least 21 days after date
of this notice                                    05/01/2021

**New total payment**                             $540.74

Principal, interest, and escrow, if
any

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

**1.  Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why:_____

Current escrow payment:    $348.16          **New escrow payment:**    $304.49

| Part 2: | Mortgage Payment Adjustment |
|---|---|

**2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.  If a notice is not attached, explain why:_____

Current interest rate _____ %          **New interest rate:** _____ %

Current **principal and interest payment:** $_____          **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---|---|

**3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:   $_____          **New mortgage payment:**   $_____

---

Debtor 1   Ruby J. Adams                                 Case number *(if known)*   20-03841
           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
           First Name    Middle Name    Last Name

## Part 4:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Brenda Likavec                                      Date      3/18/2021
    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    Signature

Print     Brenda Likavec                                   Title     Attorney for Creditor
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          First Name    Middle Name    Last Name

Company   Codilis & Associates, P.C.
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Address   15W030 North Frontage Road, Suite 100
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Number      Street

          Burr Ridge              IL          60527
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          City                    State       ZIP Code

                                                                    bkpleadingsNORTHERN@il
Contact phone   (630) 794-5300                             Email     .cslegal.com
                ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

                                                                              File #14-18-10329

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on March 18, 2021 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  March 18, 2021.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Ruby J. Adams , Debtor(s), 121 E. 87th Street, Chicago, IL 60619
Jessica A. Boone, Attorney for Debtor(s), 20 S. Clark Street, 28th Floor , Chicago, IL 60603 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Brenda Likavec

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-18-10329

NOTE: This law firm is a debt collector.


**MORTGAGE**

PHH Mortgage Center
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

PERSONAL INFORMATION REDACTED

# Your annual escrow statement
**March 1, 2021**

RUBY J ADAMS
C/O RUSTY A. PAYTON
20 N. CLARK STREET SUITE 3300
CHICAGO, IL  60602

Loan number: ███████

## Questions?

**Visit us at**
**www.MortgageQuestions.com**
**Call toll free** 1-800-449-8767
**Fax** 1-856-917-8300

## Why am I getting this statement?

In accordance with federal guidelines your escrow account is reviewed at least one time per year; however, certain circumstances may require an additional review. This statement is a result of that review known as an escrow analysis statement, which determines if sufficient funds are available to pay your taxes and/or insurance. This statement is a projection of your escrow account and may also include a history of the escrow activity on your loan since the time you last received an escrow analysis statement. The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on February 11, 2020 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account has filed for any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S. Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

## What does this mean to me?

Your new monthly payment has been adjusted based on one-twelfth of your most recent tax and insurance amounts. It does not included an escrow shortage or surplus adjustment because your escrow account is projected to have sufficient funds. **Effective May 2021, your new monthly payment will be $540.74.**

## Escrow Balance Information

Below is information about your **anticipated** escrow balance and the **required** escrow balance at the beginning of the analysis cycle. The difference between these two amounts is zero, so no action is required.

| | |
|---|---|
| **Anticipated** escrow account balance (as of April 30, 2021): | $256.40 |
| Escrow adjusted per Proof of Claim* | $2,359.20 |
| **Required** escrow account balance (as of April 30, 2021 ): | $2,615.60 |

*This amount reflects the adjustment made for the Bankruptcy Proof of Claim:

See reverse ➔

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**Page 1 of 3**

This space is intentionally left blank.

**What is my new monthly payment?**

**Effective May 2021, your new monthly mortgage payment will be: $540.74**

|  | Current Payment | New Payment |
|---|---|---|
| Principal & Interest | $236.25 | $236.25 |
| Escrow Deposit | $348.16 | $304.49 |
| **Total Payment** | **$584.41** | **$540.74** |

*If your payment is issued by a third party, or if you make payments through a bill pay service, then please make sure your new total monthly payment amount is updated with your service provider.*

**Payment Change Breakdown**

Below are the escrow items we anticipate collecting for and paying on your behalf over the next 12 months. To calculate your new monthly escrow payment of $304.49, we added up the actual or estimated tax and insurance payments for the next 12 months beginning with the May 2021 payment and divided the total by 12. Included for the comparison are the Annual Payments we projected to pay during the **last analysis cycle**, as displayed in detail in the history portion of the escrow analysis statement.

| Description | Current Annual Payment | Projected Annual Payment |
|---|---|---|
| Taxes | $2,230.52 | $1,423.60 |
| Insurance | $1,935.31 | $2,230.20 |
| **TOTAL** | **$4,177.83** | **$3,653.80** |

**Prior Year Account History and Coming Year Projections**

**This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure and projects payments, disbursements and balances for the coming year.** The projections from your previous escrow analysis are included with the actual payments and disbursements for the prior year. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. When applicable, the letter "E" beside an amount indicates that all or a portion of a payment or disbursement on that row has not yet occurred but is estimated to occur as shown. An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or date.

Projections are included to ensure sufficient funds are available to pay your taxes and/or insurance for the coming year. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should be no less than $608.98 or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies otherwise.

Your projected anticipated lowest account balance of $1,750.22- will be reached in July 2021. When subtracted from your minimum required balance of $608.98, neither a shortage or surplus exists in your account. These amounts are indicated with **LP**. You will receive an Annual Escrow Account Disclosure Statement reflecting the actual disbursements at the end of the next escrow analysis cycle. However, you should keep this statement for your own records for comparison. If you have any questions about this statement, please call our Customer Service Department toll free at **1-800-449-8767**.

**Escrow account projections for the coming year**

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
|  | **Opening balance** |  |  | **256.40** | **2,615.60** |
| May 2021 |  | 304.49 |  | 560.89 | 2,920.09 |

Continued on next page

**Change of name or address**

If your contact information has changed, please give us the new information below.

Name (first, middle, last)

Address (number and street)                                         Suite no.

City                                  State              Zip code

Home telephone                        Business telephone        Extension
(        )                            (        )

E-mail address

**PHH MORTGAGE**

PHH Mortgage Services
P.O. Box 5452
Mt. Laurel, NJ 08054-5452

# Your annual escrow statement (continued)
**March 1, 2021**

RUBY J ADAMS
C/O RUSTY A. PAYTON
20 N. CLARK STREET SUITE 3300
CHICAGO, IL 60602

Loan number: ▮▮▮▮▮▮

**Questions?**

Visit us at
www.MortgageQuestions.com
**Call toll free** 1-800-449-8767
**Fax** 1-856-917-8300

## Escrow account projections for the coming year (continued)

| Date | Description | Anticipated amounts paid into your escrow account ($) | Anticipated amounts paid out of your escrow account ($) | Anticipated escrow account balance ($) | Required escrow account balance ($) |
|---|---|---|---|---|---|
| Jun 2021 | | 304.49 | | 865.38 | 3,224.58 |
| Jul 2021 | COUNTY TAX | 304.49 | 682.89 | 486.98 | 2,846.18 |
| Jul 2021 | AGENCY FEES | | 7.00 | 479.98 | 2,839.18 |
| Jul 2021 | HAZARD INS. | | 2,230.20 | -1,750.22 | 608.98 **LP** |
| Aug 2021 | | 304.49 | | -1,445.73 | 913.47 |
| Sep 2021 | | 304.49 | | -1,141.24 | 1,217.96 |
| Oct 2021 | | 304.49 | | -836.75 | 1,522.45 |
| Nov 2021 | | 304.49 | | -532.26 | 1,826.94 |
| Dec 2021 | | 304.49 | | -227.77 | 2,131.43 |
| Jan 2022 | | 304.49 | | 76.72 | 2,435.92 |
| Feb 2022 | COUNTY TAX | 304.49 | 726.71 | -345.50 | 2,013.70 |
| Feb 2022 | AGENCY FEES | | 7.00 | -352.50 | 2,006.70 |
| Mar 2022 | | 304.49 | | -48.01 | 2,311.19 |
| Apr 2022 | | 304.49 | | 256.48 | 2,615.68 |
| **Total** | | **$3,653.88** | **$3,653.80** | | |

**LP** - indicates your required escrow lowest balance

## Prior year account History

| Date | Description | Amounts paid into your escrow account | | Amounts paid out of your escrow account | | Escrow account balance | |
|---|---|---|---|---|---|---|---|
| | | Anticipated ($) | Actual ($) | Anticipated ($) | Actual ($) | Anticipated ($) | Actual ($) |
| | **Opening balance** | | | | | 1,894.30 | -1,757.13 |
| Mar 2020 | | 348.16 | * | | | 2,242.46 | -1,757.13 |
| Apr 2020 | | 348.16 | * | | | 2,590.62 | -1,757.13 |
| May 2020 | | 348.16 | * | | | 2,938.78 | -1,757.13 |
| Jun 2020 | HAZARD INS. | 348.16 | 1,045.48* | | 2,134.43* | 3,286.94 | -2,846.08 |
| Jul 2020 | COUNTY TAX | 348.16 | 348.16 | 997.47 | 682.89* | 2,637.63 | -3,180.81 |
| Jul 2020 | AGENCY FEES | | | 6.00 | * | 2,631.63 | -3,180.81 |
| Jul 2020 | HAZARD INS. | | | 1,935.31 | * | 696.32 | -3,180.81 |
| Aug 2020 | AGENCY FEES | 348.16 | 348.16 | | 7.00* | 1,044.48 | -2,839.65 |
| Sep 2020 | | 348.16 | 696.32* | | | 1,392.64 | -2,143.33 |
| Oct 2020 | | 348.16 | -1,392.64* | | | 1,740.80 | -3,535.97 |
| Nov 2020 | | 348.16 | 1,392.64* | | | 2,088.96 | -2,143.33 |
| Dec 2020 | | 348.16 | 348.16 | | | 2,437.12 | -1,795.17 |
| Jan 2021 | | 348.16 | * | | | 2,785.28 | -1,795.17 |
| Feb 2021 | COUNTY TAX | 348.16 | 348.16 | 1,233.05 | 726.71* | 1,900.39 | -2,173.72 |
| Feb 2021 | AGENCY FEES | | | 6.00 | 7.00* | 1,894.39 | -2,180.72 |
| Mar 2021 | | | 2,088.96 E | | E | 1,894.39 | -91.76 |
| Apr 2021 | | | 348.16 E | | E | 1,894.39 | 256.40 |
| **Total** | | **4,177.92** | **5,571.56** | **4,177.83** | **3,558.03** | | |

Page 3 of 3